TRAUB AMUSEMENT COMPANY, INC., Respondent, v. HARRY MACKLER, Individually, etc., Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

ROSE ADIKES and Others, as Executors, etc., of JOHN ADIKES, Deceased, and Others, Respondents, v. THOMAS J. ADIKES and Others, Defendants, Impleaded with THOMAS ADIKES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

ALBERT GARAGE CO., INC., Respondent, v. JAMES J. COAN and Others, Appellants.— Order granting motion to settle issues for trial by jury modified by submitting the single question to a jury for answer, namely, Were the defendants guilty of fraud in the making of the bill of sale and the lease to the plaintiff? And as so modified affirmed, without costs. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

JOSE ALVAREZ, Appellant, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Respondents.— Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JAMES D. ANDREWS and Another, Appellants, v. GEORGE E. BRIGHTSON and Others, Respondents.— Order granting defendants' motion to strike cause from the equity calendar affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

MARTHA BISTANY, Respondent, v. LOUIS K. LIGGETT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BOROUGH HOUSING CORPORATION, Respondent, v. VANDERVEER CENTRE, INC., Appellant.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Manning and Lazansky, JJ., concur; Rich and Kapper, JJ., dissent.

IRENE BROMAN, an Infant, by HILDA BROMAN, Her Guardian ad Litem, Respondent, v. HELING CONTRACTING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Manning, Young and Kapper, JJ., concur; Jaycox, J., dissents.

HILDA BROMAN, Respondent, v. HELING CONTRACTING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Manning, Young and Kapper, JJ., concur; Jaycox, J., dissents.

JOSEPH F. BROWN, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

CLARENCE T. BULLARD and Others, Copartners, etc., Respondents, v. JOHN THALLON & Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.